IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | Case No. 1:23-CV-204(LAG) |
| v. | * |
| CHAMBLISS R. WIGGINS, | * |
| Defendant. | * |

## **DEFAULT J U D G M E N T**

Pursuant to this Court's Order dated August 6, 2024 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff against Defendant Chambliss Wiggins.. Plaintiff shall also recover costs of this action.

This 6th day of August, 2024.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk