**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

|  |  |  |
|---|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:23-CV-204 (LAG) |
| | : | |
| CHAMBLISS R. WIGGINS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Before the Court is Plaintiff Satonya G. Wiggins' Unopposed and Consent Motion to Distribute Interpleader Funds and to Dismiss With Prejudice (Motion). (Doc. 18). Therein, Defendant Wiggins requests an Order directing Plaintiff The Variable Annuity Life Insurance Company to distribute the annuity funds the Court previously instructed Plaintiff to hold "as is" until the Court entered an Order distributing the funds, and to dismiss this action without prejudice. (*See generally id.*; Doc. 15). Defendant Wiggins and Defendant Craig Wilson, the two remaining Defendants in this action,[1] "have reached and signed a Settlement Agreement and Mutual Release wherein the[y] [] agreed that upon a Court Order [Plaintiff] shall distribute to each of them in equal one-half shares the funds that encompass the death benefits from the Annuities." (Doc. 18 at 2). A copy of the Settlement Agreement is attached to the Motion. (Doc. 18-1).

The Motion (Doc. 18) is **GRANTED**. Plaintiff is hereby ordered to distribute the subject maintained Annuities pursuant to the Settlement Agreement and Mutual Release. (Doc. 18-1). This case is **DISMISSED**.

**SO ORDERED**, this 14th day of April, 2026.

---

[1] Default Judgement was entered against Defendant Chambliss Wiggins on August 6, 2024. (Docs. 15, 16).

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**